IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

DUBLIN DIVISION

| | | |
|---|---|---|
| BERNARD DEUNDRE HALL, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CV 324-064 |
| | ) | |
| STATE D.O.C.; MR. RICKY WILCOX, Warden; SGT. MS. JONES; LT. MS. HARRIS; LT. MS. MELBA CHAMBERS; MS. HUNT, Unit Manager; MR. JACKSON, Warden; MS. KEITH, Warden Care of Treatment; SGT. MS. APRIL BROWN; SGT. MR. GAINS; INMATE JEFFER MEYERS; and SGT. MR. EARL WRIGHT, | ) ) ) ) ) ) ) ) | |
| Defendants. | ) | |

U.S. DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

JAN 0 6 2025

FILED

**O R D E R**

After a careful, *de novo* review of the file, the Court concurs with the Magistrate Judge's Report and Recommendation, to which no objections have been filed. Accordingly, the Court **ADOPTS** the Report and Recommendation of the Magistrate Judge as its opinion, **DISMISSES** Plaintiff's complaint without prejudice for failure to exhaust administrative remedies, and **CLOSES** this civil action.

SO ORDERED this _____ day of January, 2025, at Augusta, Georgia.

UNITED STATES DISTRICT JUDGE